# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Joseph R. Tomelleri, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-3076 WMW/HB |
| Daniel T Sullivan, Dawn J Sullivan, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or

disbursements awarded to any party.


Date: 5/7/2020                                                            KATE M. FOGARTY, CLERK

                                                                                        s/Cara Kreuziger
                                                                              (By)   Cara Kreuziger, Deputy Clerk